**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 70 EM 2019
:
Respondent :
:
:
:
v. :
:
:
:
GERALD K. STOKES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2019, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED*.*